No. 588. EDWARD W. SHOESMITH, APPELLANT, *v.* H. MEYER BOOT AND SHOE MANUFACTURING COMPANY ET AL. Appeal from the District Court of the United States for the Northern District of Illinois. Motion to dismiss submitted May 15, 1905. Decided May 29, 1905. *Per Curiam.* Dismissed for want of jurisdiction. *McLish* v. *Roff*, 141 U. S. 661; *Maynard* v. *Hecht*, 151 U. S. 324; *United States* v. *Jahn*, 155 U. S. 109, 113; *Louisville Trust Company* v. *Knott*, 191 U. S. 225, 232. *Mr. William R. Payne* for appellant. *Mr. Gwynn Garnett* for appellees.

---

No. —, Original. *Ex parte:* IN THE MATTER OF BENJAMIN F. McCAULLY, PETITIONER. Submitted May 29, 1905. Decided May 29, 1905. Motion for leave to file petition for writs of *habeas corpus* and certiorari denied. *Mr. Arthur A. Birney* and *Mr. Henry F. Woodard* for petitioner.